UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN BROCK, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case number 4:06cv1103 TCM |
| ) | |
| ) | |
| LARRY DENNEY and ) | |
| CHRIS KOSTER, Attorney ) | |
| General for the State of Missouri,[1] ) | |
| ) | |
| Respondents. ) | |

## ORDER

The Court has received from Respondent a copy of pages 385 and 386 of Respondent's Exhibit 2, the legal file from Petitioner's direct appeal to the Missouri Court of Appeals, Eastern District, which pages had been missing from Respondent's Exhibit 2. Accordingly,

**IT IS HEREBY ORDERED** that Larry Denney is **SUBSTITUTED** for Troy Steele as a Respondent in this case.

---

[1] At the time this action was filed, Petitioner was incarcerated at Missouri's Southeast Correctional Center, where Troy Steele was the Warden. See Missouri Dep't of Corrections, http://www.doc.mo.gov/division/adult/address.htm (last visited on Aug. 21, 2009). Petitioner has advised the Court he is now incarcerated at Missouri's Crossroads Correctional Center, where Larry Denney is the Warden. Id. Because Denney now has custody of Petitioner the Court will substitute Denney for Steele as a Respondent in this case. See Rule 2(a), Rules Governing Section 2254 Cases in the United States District Courts.

Additionally, at the time he filed this action, Petitioner was serving the first (fifteen year) term of two consecutive terms of imprisonment to which he was sentenced, in addition to two concurrent (one year) sentences, and would in the future serve the second consecutive (three year) term of imprisonment. Because at the time he filed this action, Petitioner was challenging a sentence he was going to serve in the future, the Attorney General of Missouri, Chris Koster, will be added as a proper party respondent. See Rule 2(b), Rules Governing Section 2254 Cases in the United States District Courts.

**IT IS FURTHER ORDERED** that the Attorney General for the State of Missouri, Chris Koster, is added as a Respondent in this case.

**IT IS FINALLY ORDERED** that the Clerk's Office scan pages 385 and 386 of Respondent's Exhibit 2 so that they are part of the record of this case.

                                          /s/ Thomas C. Mummert, III
                                          THOMAS C. MUMMERT, III
                                          UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of August, 2009.